UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN MOSES, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE HOSPITALITY REIT INC.,<br><br>Defendant. | Case No. 1:14-cv-03131-SMG<br><br>Honorable Steven M. Gold |

**INTERIM CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**PLEASE TAKE NOTICE** that upon the accompanying Declarations of Christopher J. Gray, Jeffrey M. Salas and James J. Eccleston dated December 29, 2017, the exhibits annexed thereto, the accompanying Memorandum of Law, and all of the prior pleadings and proceedings herein, Interim Class Counsel Salas Wang, LLC, Eccleston Law, LLC and Law Office of Christopher J. Gray, P.C. ("movants") will move the Court for an Order pursuant to Fed. R. Civ. P. 23(h) and 54(d)(2): (1) awarding movants attorneys' fees from the common fund in the sum of $1,833,333.33; (2) granting movants reimbursement of litigation expenses in the sum of $24,844.66; and (3) granting an incentive award to Plaintiff and Class Representative Susan Moses in the sum of $10,000.00, before the Hon. Steven M. Gold, U.S.M.J., in Courtroom 13-D of the U.S. Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, on the 16th day

1

of January, 2018 at 4:30 o'clock in the afternoon of that day, or at such other date and time as may be designated by the Court.

Dated:  New York, New York
        December 29, 2017

                                          Respectfully submitted,

                                          LAW OFFICE OF
                                          CHRISTOPHER J. GRAY, P.C.

                                          By: Christopher J. Gray
                                              Michael J. Giarrusso
                                          360 Lexington Avenue, 14th Floor
                                          New York, New York 10017
                                          (212) 838-3221
                                          (212) 937-3139 (fax)

                                          SALAS WANG LLC
                                          Jeffrey M. Salas
                                          John C. Wang
                                          73 West Monroe, Suite 219
                                          Chicago, IL 60603
                                          (312) 803-4963
                                          (312) 244-3151 (fax)

                                          ECCLESTON LAW, LLC
                                          James J. Eccleston
                                          Stephany D. McLaughlin
                                          Christine Goodrich
                                          55 W. Monroe, Suite 610
                                          Chicago, IL 60603
                                          (312) 332-0000
                                          (312) 332-0003 (fax)

                                          *Interim Class Counsel*