## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE** | January 16, 2018 |
| **TIME:** | 4:30 p.m. |
| **DOCKET NUMBER(S):** | **CV 14-3131 (SMG)** |
| **NAME OF CASE(S):** | Moses v. Apple Hospitality REIT, Inc. et al |
| **FOR PLAINTIFF(S):** | **Sales et al** |
| **FOR DEFENDANT(S):** | **Edwards et al** |
| **FOR OBJECTOR (S):** | **Squitieri** |
| **NEXT CONFERENCE(S):** | **N/A** |
| **FTR/COURT REPORTER:** | **4:39-5:29** |

### FAIRNESS HEARING RULINGS:

**Argument on fairness of settlement held.  Decision reserved.**

**Plaintiffs shall submit attorney billing records, which may be provided ex parte, by January 23, and may submit a written response to objector's arguments by January 30, 2018.**