UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUSAN MOSES, on behalf of herself all
others similarly situated,

                   Plaintiff,

                 -against-

APPLE HOSPITALITY REIT, INC.,

                 Defendants.

Civil Case No.:  14-CV-3131 (DLI)(SMG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the annexed Declaration of Lee Squitieri dated April 20, 2018 and the exhibits thereto and accompanying Memorandum of Law and all prior proceedings heretofore had herein, counsel for Objector Dorothy Wenzel will move this Court on May 22, 2018 at the Courthouse located at 225 Cadman Plaza East, Courtroom 13-D, Brooklyn, New York, at a time to be set by the Court before the Honorable Judge Stephen M. Gold for an award of attorneys' fees and  reimbursement of expenses to compensate for services to the certified class in this action which remanded tangible benefit to the Certified Class.

Answering papers, if any shall be served and filed within 14 days of service hereof pursuant to Local Civil Rule 6.1(b) of the Local Rules of The United States District Court for the Southern and Eastern Districts.

Dated: April 20, 2018

                 Respectfully submitted,

                 By: /s/ Olimpio Lee Squitieri
                     Olimpio Lee Squitieri
                 SQUITIERI & FEARON, LLP
                 32 East 57th Street -  2th Floor
                 New York, New York 10022
                 Tel: (212) 421-6492
                 Fax: (212) 421-6553
                 lee@sfclasslaw.com

                 ATTORNEYS FOR OBJECTOR

       TO:    All Counsel of Record -Via ECF